THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBANY MOLECULAR RESEARCH, INC. and sanofi-aventis U.S. LLC,<br><br>Plaintiffs,<br><br>- v -<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 09-4638<br><br>**ORDER**<br><br>*Electronically Filed* |

**THIS MATTER** having come before the Court by Connell Foley LLP, attorneys for Plaintiff sanofi-aventis U.S. LLC ("sanofi-aventis"), and by DeCotiis, Fitzpatrick & Cole, LLP, attorneys for Plaintiff Albany Molecular Research, Inc. ("AMRI") (collectively "Plaintiffs"), for the entry of an Order filing documents under seal pursuant to L.Civ.P. 5.3(c), and the Court having previously entered a Stipulated Protective Order on September 8, 2003, an Order Amending the Stipulated Protective Order on March 5, 2004, in the related Coordinated Allegra® Litigation, which actions are coordinated under Civil Action No. 02-1322, and the Stipulation and Order applying the previously executed Stipulated Protective Order to this matter on January 28, 2010, and the Court having found that the parties would suffer substantial harm if the confidential information is disclosed, and the Court having found that no less restrictive alternative to the relief sought is available, and no opposition having been filed, and for good cause shown;

IT IS on this ____ day of _____ 2010,

2300184-01

**ORDERED** that the Highly Confidential Memorandum Of Law In Support Of Plaintiffs' Application for an Order to Show Cause seeking the entry of a Temporary Restraining Order And Preliminary Injunction, the Highly Confidential Declaration of James C. Gumina, the Highly Confidential Declaration of Professor Daniel A. Singleton, the Highly Confidential Declaration of Dr. Anthony G. M. Barrett, the Highly Confidential Declaration of Bruce Braughton, and the Highly Confidential Declaration of Mark T. Frost, contain proprietary, commercial, private and/or other confidential information as outlined in the Stipulated Protective Order entered by this Court on September 8, 2003, shall be sealed pursuant to L.Civ.R. 5.3 (c).

_____
Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court

2300184-01