# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBANY MOLECULAR RESEARCH, INC. and SANOFI-AVENTIS U.S. LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | Civil Action No. 09-4638 (GEB)(MCA) <br><br> **ORDER** <br><br> **ELECTRONICALLY FILED** |

**THIS MATTER** having coming before the Court by TRESSLER LLP, attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Defendants"), for the entry of an Order filing documents under seal pursuant to Local Civil Rule 5.3(c), and the Court having previously entered a Stipulated Protective Order on September 8, 2003, an Order Amending the Stipulated Protective Order on March 5, 2004, in the related Coordinated Allegra® Litigation, which actions are coordinated under Civil Action No. 02-1322, and the Stipulation and Order applying the previously executed Stipulated Protective Order to this matter on January 28, 2010, and the Court having found that the parties would suffer substantial harm if the confidential information is disclosed, and the Court having found that no less restrictive alternative to the relief sought is available, and no opposition having been filed, and for good cause shown;

IT IS on this ___ day of _____, 2010,

**ORDERED** that Defendants' Motion to Seal their Memorandum in Support of Claim Construction for Plaintiff's Preliminary Injunction Motion and the Declaration of Julia S. Kim contains proprietary, commercial, private and/or other confidential information as outlined in the Stipulated Protective Order entered by this Court on September 8, 2003, and shall be sealed pursuant to L.Civ.R.5.3(c).

_____
Honorable Madeline Cox Arleo, U.S.M.J.
Untied States District Court

NWK #38800