# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBANY MOLECULAR RESEARCH, INC. and sanofi-aventis U.S. LLC,<br><br>Plaintiffs,<br><br>- v -<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 09-4638 (GEB/MCA)<br><br>**ORDER**<br><br>*Electronically Filed* |

**THIS MATTER** having come before the Court by Connell Foley LLP, attorneys for Plaintiff sanofi-aventis U.S. LLC ("sanofi-aventis"), and by DeCotiis, Fitzpatrick & Cole, LLP, attorneys for Plaintiff Albany Molecular Research, Inc. ("AMRI") (collectively "Plaintiffs"), for the entry of an Order filing documents under seal pursuant to L.Civ.P. 5.3(c), and the Court having previously entered a Stipulated Protective Order on September 8, 2003, an Order Amending the Stipulated Protective Order on March 5, 2004, in the related Coordinated Allegra® Litigation, which actions are coordinated under Civil Action No. 02-1322, the Stipulation and Order applying the previously executed Stipulated Protective Order to this matter on January 28, 2010, and the April 16, 2010, and May 27, 2010, Orders sealing the confidential and highly confidential information contained in the parties submissions both in support and in opposition to Plaintiffs' Application for an Order to Show Cause seeking the entry of a Temporary Restraining Order And Preliminary Injunction, and the Court having found that plaintiffs and defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "DRL") would suffer substantial harm if its confidential and highly confidential

2353490-01

information is disclosed, and the Court having found that no less restrictive alternative to the relief sought is available, and no opposition having been filed, and for good cause shown;

IT IS on this ___ day of _____, 2010,

**ORDERED** that Plaintiffs' Highly Confidential Opposition to Dr. Reddy's Memorandum in Support of Claim Construction for Plaintiffs' Preliminary Injunction Motion contains proprietary, commercial, private and/or other confidential information as outlined in the Stipulated Protective Order entered by this Court on September 8, 2003, and shall be sealed pursuant to L.Civ.R. 5.3 (c).

_____
Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court

2353490-01